#1567

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

**IN RE:**

JEREMY W HAUKAAS
TRINA J HAUKAAS
        Debtor(s)

**UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND**

**CASE NO. BKY 04-35374 DDO**

---

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Family Album Plan in the amount of $10.14, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Family Album Plan<br>PO Box 24185<br>Omaha, NE 68124 | 16 | $10.14 |

**ACCOUNT NUMBER:**
R03164

**Jasmine Z. Keller, Trustee**

Dated: December 1, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 09 DEC -2 AM 10: 44 U.S. BANKRUPTCY COURT